IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR56 |
| JESUS CORONADO PALMA, | ) ) | ORDER |
| Defendant. | ) ) | |

The defendant's Motion to Continue Detention Hearing (Filing No. 11) is granted.

**IT IS ORDERED** that the detention hearing is continued to **April 25, 2006 at 9:45 a.m.** before Magistrate Judge Thomas D. Thalken, Courtroom No. 7, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 21st day of April, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge