IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
              Plaintiff,        )         8:06CR56
                                )
        v.                      )
                                )
JESUS CORONADO PALMA,           )         ORDER
                                )
              Defendant.        )
_____)
```

This matter is before the Court to schedule trial.

IT IS ORDERED that trial in the above matter is scheduled for:

**Monday, August 7, 2006, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.  The first available date on the Court's trial schedule is August 7, 2006.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between June 5, 2006, and August 7, 2006, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 23rd day of June, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court