IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR56 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS CORONADO PALMA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Court has been advised defendant wishes to enter a plea. Accordingly,

IT IS ORDERED that a Rule 11 hearing is scheduled for:

**Tuesday, July 18, 2006, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 6th day of July, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
　　LYLE E. STROM, Senior Judge
　　United States District Court